**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

v.                                     No. 00-4529

FLAVIO LUVIANO,
          *Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of North Carolina, at Wilmington.
James C. Fox, Senior District Judge.
(CR-99-64)

Submitted: January 10, 2001

Decided: March 6, 2001

Before WILKINS and TRAXLER, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

## COUNSEL

Haywood E. White, III, LINEBERRY, WHITE, HEARNE & BAL-
LANTINE, L.L.P., Wilmington, North Carolina, for Appellant. Janice
McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant
United States Attorney, Christine Witcover Dean, Assistant United
States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

**OPINION**

PER CURIAM:

Flavio Luviano appeals his conviction for possession of a controlled substance with intent to distribute, in violation of 21 U.S.C.A. § 841(a)(1) (West 1999). We affirm.

Luviano contends that the district court erred in denying his motion under Fed. R. Crim. P. 29 for acquittal based on insufficient evidence. When reviewing a claim of insufficiency of the evidence, "we must determine whether there is substantial evidence, viewed in the light most favorable to the Government, to support the verdict." *United States v. Hastings*, 134 F.3d 235, 238 (4th Cir. 1998). "[S]ubstantial evidence is evidence that a reasonable finder of fact could accept as adequate and sufficient to support a conclusion of a defendant's guilt beyond a reasonable doubt." *United States v. Burgos*, 94 F.3d 849, 862 (4th Cir. 1996) (en banc). When evaluating the sufficiency of the evidence, we do not review the credibility of the witnesses nor resolve any conflicts in the evidence presented at trial. *Id.*

We have reviewed the record and briefs and find sufficient evidence to support Luviano's conviction. Accordingly, we affirm Luviano's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*